1   CHARLES S. BARQUIST (CA SBN 133785)
    CBarquist@mofo.com
2   HECTOR G. GALLEGOS (CA SBN 175137)
    HGallegos@mofo.com
3   ALEX S. YAP (CA SBN 241400)
    AYap@mofo.com
4   MORRISON & FOERSTER LLP
    555 West Fifth Street, Suite 3500
5   Los Angeles, California 90013-1024
    Telephone:  213.892.5200
6   Facsimile:   213.892.5454

7   KARL J. KRAMER (CA SBN 136433)
    KKramer@mofo.com
8   MORRISON & FOERSTER LLP
    755 Page Mill Road
9   Palo Alto, California 94304-1018
    Telephone:  650.813.5600
10  Facsimile:   650.494.0792

11  Attorneys for Defendants
    FUJITSU LIMITED,
12  FUJITSU COMPUTER PRODUCTS OF AMERICA, INC., and
    FUJITSU AMERICA, INC.

13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17  MOBILE STORAGE TECHNOLOGY,          Case No. C09-03342 JF (PVT)
    INC.,
18                                      **STIPULATION AND [PROPOSED]**
                  Plaintiff,            **ORDER EXTENDING PATENT LOCAL**
19                                      **RULE 4-3 DATE IN CASE**
                                        **MANAGEMENT ORDER**
20        v.
                                        **(Civil L.R. 7-11)**
21  FUJITSU LTD., FUJITSU COMPUTER
    PRODUCTS OF AMERICA, INC., and
    FUJITSU AMERICA, INC.,
22
                  Defendants.
23

24

25

26

27

28

    STIPULATION AND [PROPOSED] ORDER EXTENDING PATENT LOCAL RULE 4-3 DATE
    1067407                                        Case No. C09-03342 JF (PVT)

1    WHEREAS at the Case Management Conference in this action held on October

2    30,2009, the Court adopted the Pretrial Docket Control Schedule proposed by the parties in

3    their Joint Case Management Statement (D.I. 18, 20);

4    WHEREAS pursuant to the aforesaid schedule the parties' Joint Claim Construction and

5    Prehearing Statement pursuant to Patent Local Rule 4-3 is due on April 2, 2010;

6    WHEREAS the parties believe that in view of the mediation schedule a one-week

7    continuance of the due date for the Joint Claim Construction and Prehearing Statement pursuant

8    to Patent Local Rule 4-3 is due on April 2, 2010 is likely to promote the just, speedy and

9    inexpensive determination of this action; and

10   WHEREAS the proposed one-week continuance will not require changes in any other

11   dates in the Pretrial Docket Control Schedule;

12   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Mobile

13   Storage Technology, Inc. and Defendants Fujitsu Limited, Fujitsu Computer Products of

14   America, Inc., and Fujitsu America, Inc. that the date for parties to file a Joint Claim

15   Construction and Prehearing Statement pursuant to Patent Local Rule 4-3 be extended from

16   April 2, 2010 to April 9, 2010.

17   **SO AGREED:**

18   Dated:  March 18, 2010          CHARLES S. BARQUIST
                                      KARL J. KRAMER
19                                    HECTOR G. GALLEGOS
                                      ALEX S. YAP
20                                    MORRISON & FOERSTER LLP

21

22                                    By: _____/s/Charles S. Barquist_____
                                             Charles S. Barquist
23
                                      Attorneys for Defendants
24                                    FUJITSU LIMITED, FUJITSU
                                      COMPUTER PRODUCTS OF AMERICA,
25                                    INC., and FUJITSU AMERICA, INC.

26

27

28

1

Dated:  March 18, 2010        KENNETH B. WILSON

2
                                CHRISTOPHER P. GREWE
CARR & FERRELL *LLP*

3

4
                     By:        /s/ Kenneth B. Wilson
                                 Kenneth B. Wilson

5

6
                     Attorneys for Plaintiff
                     MOBILE STORAGE TECHNOLOGY, INC.

7

8

**ORDER**

9
Having considered the parties' Stipulation seeking an order continuing the date for the

10
parties to file a Joint Claim Construction and Prehearing Statement pursuant to Patent Local Rule

11
4-3 from April 2, 2010 to April 9, 2010, the parties' Stipulation is **GRANTED**:

12
The date for the parties to file a Joint Claim Construction and Prehearing Statement

13
pursuant to Patent Local Rule 4-3 is continued from April 2, 2010 to April 9, 2010

14
**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15
Dated: March 22, 2010

16

17
_____
                   JEREMY FOGEL
            United States District Judge

18

19

20

21

22

23

24

25

26

27

28

1

## ATTESTATION

2

3
I, Charles S. Barquist, am the ECF User whose ID and password are being used to file this

4
Stipulation Extending Patent Local Rule 4-3 Date in Case Management Order.  In compliance

5
with General Order 45, X.B., I hereby attest that Kenneth B. Wilson has concurred in this filing.

6
Dated:  March 18, 2010              CHARLES S. BARQUIST
                                    KARL J. KRAMER

7                                   HECTOR G. GALLEGOS
                                    ALEX S. YAP

8                                   MORRISON & FOERSTER LLP

9

10                                  By:  _____/s/Charles S. Barquist_____
                                             Charles S. Barquist

11                                  Attorneys for Defendants
                                    FUJITSU LIMITED, FUJITSU

12                                  COMPUTER PRODUCTS OF AMERICA,
                                    INC., and FUJITSU AMERICA, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28