KENNETH B. WILSON (SBN 130009)
kwilson@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff and Counterclaim-Defendant
MOBILE STORAGE TECHNOLOGY, INC.

CHARLES S. BARQUIST (CA SBN 133785)
CBarquist@mofo.com
HECTOR G. GALLEGOS (CA SBN 175137)
HGallegos@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendants and Counterclaim-Plaintiffs
FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.
and FUJITSU AMERICA, INC.

**E-Filed 4/9/2010**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MOBILE STORAGE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> FUJITSU LTD., et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | CASE NO. C09-03342 JF (PVT) <br><br> **STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-2** |

Pursuant to Local Rule 6-2, plaintiff Mobile Storage Technology, Inc. ("MST") and defendants Fujitsu Limited, Fujitsu Computer Products of America, Inc. and Fujitsu America, Inc. (collectively, "Fujitsu") hereby stipulate and agree as follows:  to and request an order staying the litigation, including all hearings and the filings, exchanges, briefings, and/or hearings provided for under the Patent Local Rules and the service of and/or response to any discovery served by any party, for at least 30 days.

WHEREAS, on March 31, 2010, MST and Fujitsu participated in a court-ordered private mediation before the court-appointed mediator, Daniel Bergeson;

WHEREAS, during the mediation, the Parties and the mediator concluded that settlement of this action would be facilitated significantly by continuing the mediation for approximately thirty days, by staying the deadlines in the litigation during that period, and by continuing certain dates by roughly thirty days as well;

WHEREAS, the Parties believe that to proceed with litigation activities over the next month and to meet the claim construction deadlines as currently scheduled would undercut the parties' settlement efforts and could well prove to be a waste of the Court's and the parties' time and resources.

IT IS HEREBY STIPULATED AND AGREED that except as expressly set forth below, all activities in this action shall be stayed until April 28, 2010, when the next mediation session is scheduled, and that certain pre-trial and claim construction deadlines should be rescheduled as follows:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Case Management Conference | April 2, 2010 | April 30, 2010 |
| Fujitsu's Motion for Leave to Amend Hearing | April 23, 2010 | April 30, 2010 |
| • *MST's Opposition Due* | *April 2, 2010* | *April 9, 2010* |
| • *Fujitsu's Reply Due* | *April 9, 2010* | *April 16, 2010* |
| Pat. L.R. 4-3 Joint Claim Construction Stmt | April 9, 2010 | May 21, 2010 |

| | | |
|---|---|---|
| Deadline to Complete Claim Construction Discovery | April 30, 2010 | June 9, 2010 |
| MST to file and serve Opening Brief (Pat. L.R. 4-5(a)) | May 17, 2010 | June 30, 2010 |
| Fujitsu to file and serve Responsive Brief (Pat. L.R. 4-5(b)) | June 1, 2010 | July 14, 1010 |
| MST to file and serve Reply Brief (Pat. L.R. 4-5(c)) | June 8, 2010 | July 21, 2010 |
| Claim Construction Tutorial | Week of June 21, 2010 | Week of August 2, 2010 |
| Claim Construction Hearing | Week of June 28, 2010 | Week of August 9, 2010 |

Dated: April 1, 2010

CARR & FERRELL LLP

By: /s/ Christopher P. Grewe
KENNETH B. WILSON
CHRISTOPHER P. GREWE

Attorneys for Plaintiff and Counterclaim-Defendant
MOBILE STORAGE TECHNOLOGY, INC.

Dated: April 1, 2010

MORRISON & FOERSTER LLP

By: /s/ Charles S. Barquist
CHARLES S. BARQUIST
HECTOR G. GALLEGOS

Attorneys for Defendants and Counterclaim-Plaintiffs
FUJITSU COMPUTER PRODUCTS OF
AMERICA, INC. and FUJITSU AMERICA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 9, 2010

THE HONORABLE JEREMY FOGEL
United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: April 1, 2010                                       /s/ Christopher P. Grewe
                                                                            CHRISTOPHER P. GREWE