1  KENNETH B. WILSON (SBN 130009)
   kwilson@carrferrell.com
2  CHRISTOPHER P. GREWE (SBN 245938)
   cgrewe@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone:  (650) 812-3400
5  Facsimile:   (650) 812-3444

6  Attorneys for Plaintiff and Counterclaim-Defendant
   MOBILE STORAGE TECHNOLOGY, INC.
7

8  CHARLES S. BARQUIST (CA SBN 133785)
   CBarquist@mofo.com
9  HECTOR G. GALLEGOS (CA SBN 175137)
   HGallegos@mofo.com
10 MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
11 Los Angeles, California 90013
   Telephone:  (213) 892-5200
12 Facsimile:   (213) 892-5454

13 Attorneys for Defendants and Counterclaim-Plaintiffs
   FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.
14 and FUJITSU AMERICA, INC.
   and Defendant FUJITSU LIMITED

**E-Filed 4/28/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOBILE STORAGE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> FUJITSU LTD., et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | CASE NO. C09-03342 JF (PVT) <br><br> **STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-2**, AS MODIFIED BY THE COURT |

Pursuant to Local Rule 6-2, plaintiff Mobile Storage Technology, Inc. ("MST") and defendants Fujitsu Limited, Fujitsu Computer Products of America, Inc. and Fujitsu America, Inc. (collectively, "Fujitsu") hereby stipulate and agree as follows:  to and request an order staying the litigation, including all hearings and the filings, exchanges, briefings, and/or hearings provided for under the Patent Local Rules and the service of and/or response to any discovery served by any party, for approximately six weeks.  Pursuant to Local Rule 6-2(1), the Parties set forth the reasons for this request as follows:

On March 31, 2010, MST and Fujitsu participated in a court-ordered mediation pursuant to ADR Local Rule 6, before the court-appointed mediator, Daniel Bergeson.

During the March 31 mediation, the Parties and the mediator concluded that settlement of this action would be facilitated significantly by continuing the mediation for approximately thirty days, by staying the deadlines in the litigation during that period, and by continuing certain dates by roughly thirty days as well.  Accordingly, Parties stipulated and agreed to extend the certain claim construction deadlines to facilitate the continuation of mediation discussions pursuant to Civil L.R. 6-2 (DOCKET NO. 48); and the Court granted that extension (DOCKET NO. 52).

The mediation efforts are continuing, and the Parties and the mediator continue to believe that settlement of this action would be facilitated significantly by continuing the mediation for approximately six weeks, by staying the deadlines in the litigation during that period, and by continuing certain dates by up to six weeks as well.  This additional time is needed to allow for rescheduling of the mediation session, which requires advance planning due to the need for representatives of Defendant Fujitsu Limited to travel from Japan and the need for the representative of Defendants Fujitsu America and Fujitsu Computer Products of America to recuperate from surgery scheduled for May 10.

The Parties and the mediator believe that to proceed with litigation activities over the next six weeks and to meet the claim construction deadlines as currently scheduled would undercut the parties' settlement efforts and could well prove to be a waste of the Court's and the parties' time and resources.

IT IS HEREBY STIPULATED AND AGREED that except for the ongoing mediation efforts and as expressly set forth below, all activities in this action shall be stayed for six weeks, and that certain pre-trial and claim construction deadlines should be rescheduled as follows:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Case Management Conference | April 30, 2010 | June 11, 2010 |
| Hearing on Fujitsu's Motion for Leave to Amend Invalidity Contentions | April 30, 2010 | June 11, 2010 |
| Pat. L.R. 4-3 Joint Claim Construction Stmt | May 21, 2010 | June 30, 2010 |
| Deadline to Complete Claim Construction Discovery | June 9, 2010 | July 21, 2010 |
| MST to file and serve Opening Brief (Pat. L.R. 4-5(a)) | June 30, 2010 | August 11, 2010 |
| Fujitsu to file and serve Responsive Brief (Pat. L.R. 4-5(b)) | July 14, 1010 | August 25, 2010 |
| MST to file and serve Reply Brief (Pat. L.R. 4-5(c)) | July 21, 2010 | September 1, 2010 |
| Claim Construction Tutorial | August 2, 2010 at 9 am | September ~~13~~ 17, 2010 at 9 am |
| Claim Construction Hearing | August 9, 2010 at 9 am | September ~~20~~ 17, 2010 at 9 am |
| Last Day to Hear Dispositive Motions | January 21, 2011 | February 22, 2011 |

| | | |
|---|---|---|
| 1 | Dated: April 27, 2010 | CARR & FERRELL LLP |
| 2 | | |
| 3 | | By: /s/ Christopher P. Grewe |
| 4 | | KENNETH B. WILSON<br>CHRISTOPHER P. GREWE |
| 5 | | Attorneys for Plaintiff and Counterclaim-Defendant<br>MOBILE STORAGE TECHNOLOGY, INC. |
| 7 | Dated: April 27, 2010 | MORRISON & FOERSTER LLP |
| 9 | | By: /s/ Charles S. Barquist |
| 10 | | CHARLES S. BARQUIST<br>HECTOR G. GALLEGOS |
| 11 | | Attorneys for Defendants and Counterclaim-Plaintiffs<br>FUJITSU COMPUTER PRODUCTS OF<br>AMERICA, INC. and FUJITSU AMERICA, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 28, 2010

_____
THE HONORABLE JEREMY FOGEL
United States District Judge

-4-
Stipulation and [Proposed] Order to Change Time Pursuant to Civil L.R. 6-2
(Case No. C09-03342 JF (PVT))

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: April 27, 2010                                     /s/ Christopher P. Grewe
                                                        CHRISTOPHER P. GREWE